# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>                    Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 24.130.60.255.,<br><br>                    Defendant. | Case Number: 3:26-cv-00786-LJC<br><br>Honorable Lisa J. Cisneros<br><br>**ORDER ON PLAINTIFF'S SECOND *EX-PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT AND FOR CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE** |

THIS CAUSE came before the Court upon Plaintiff's second *ex-parte* application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint and continuance of the Initial Case Management Conference currently scheduled for July 30, 2026, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:  Plaintiff's application is granted.  Plaintiff shall have until August 22, 2026 to effectuate service of a summons and Complaint on Defendant and the Initial Case Management Conference currently scheduled for July 30, 2026 is continued to September 24, 2026 at 1:30 p.m.

**DONE AND ORDERED**.

Dated: June 25, 2026_____        By: _____
                                          **United States Magistrate Judge**
                                          Hon. Lisa J. Cisneros

1

---

Order on Second *Ex-Parte* Application for Extension to Effectuate Service and for
Continuance of the Initial Case Management Conference

Case No. 3:26-cv-00786-LJC